IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN DUSENBERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIBERTY RISK CONSULTING, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 2:21-162 <br><br> Electronically Filed |

## ORDER

Having been advised that Plaintiff Stephen Dusenberry and Defendant Liberty Risk Consulting, LLC. have filed a Stipulation of Dismissal of the within action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ORDERED that this action is dismissed with prejudice as to all claims with each party to bear their own attorney's fees and costs.

**SO ORDERED** this 30th day of November 2021.

s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge